1 | Matthew G. Kleiner (Arizona Bar No. 024275)
2 | Gordon & Rees LLP
  | 111 West Monroe Street, Suite 1600
  | Phoenix, AZ  85003
3 | Telephone: (602) 794-2460
  | Facsimile:  (602) 265-4716
4 | Email: mkleiner@gordonrees.com

5 | Attorney for Defendants
  | LIFE INSURANCE COMPANY OF NORTH
6 | AMERICA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| BARBARA ERES, | ) | **CASE NO. CV-15-951-PHX-DGC** |
|---|---|---|
| Plaintiff, | ) | Action filed: May 27, 2015 |
| vs. | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) | **STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| Defendant. | ) | Magistrate Judge: Hon. David G. Campbell |

1   IT IS HEREBY STIPULATED, by and between Plaintiff Barbara Eres and defendant Life Insurance Company of North America ("LINA"), by and through their respective counsel of record, that this action shall be dismissed with prejudice as to all defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

IT IS HEREBY STIPULATED

Respectfully submitted this 10th day of July, 2015.

GORDON & REES LLP


By: */s/ Matthew G. Kleiner*
    Matthew G. Kleiner
    Attorney for Defendant
    Life Insurance Company of North America


LAW OFFICE OF PATRK MAUSE, LLC


By:*/s/ Patrick Mause*
    Patrick Mause
    Attorney for Plaintiff
    Barbara Eres